AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

SECURITIES AND EXCHANGE COMMISSION )
*Plaintiff* )
v. ) Case No. 24-CV-12586
RUSSELL ARMAND, et. al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Securities and Exchange Commission.

Date: 10/09/2024

*Amy Harman Burkart*
*Attorney's signature*

Amy Harman Burkart (Mass. Bar No. 651828)
*Printed name and bar number*

33 Arch St.
Boston, MA 02110

*Address*

burkarta@sec
*E-mail address*

617-573-5905
*Telephone number*

617-573-4590
*FAX number*