UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>v.<br><br>RUSSELL ARMAND, a/k/a "Saitamaguru1";<br>MAXWELL HERNANDEZ, a/k/a "MaxEquation";<br>MANPREET SINGH KOHLI, a/k/a "Mkay Saitama," a/k/a "mannythehitman"; and<br>NAM TRAN, a/k/a "Ntran1234,"<br><br>        Defendants. | Civil Action No. 24-CV-12586 (__) |

**ASSENTED-TO MOTION FOR
ENTRY OF PROPOSED JUDGMENT**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully moves this Court to enter the attached proposed Judgment as to Defendant Russell Armand, who assents to this motion. The Commission and Defendant Armand have agreed to all terms of the proposed Judgment. In support of this motion, the Commission is attaching a Consent signed by Defendant Armand, memorializing his agreement to the terms of the proposed Judgment.

Accordingly, the Commission respectfully requests that the Court enter the proposed Judgment.

Dated: October 9, 2024

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,

By its attorneys,

*/s/ David J. D'Addio*
David J. D'Addio (Mass. Bar No. 665790)
Amy Harman Burkart (Mass. Bar No. 651828)
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8900 / daddiod@sec.gov

## Certificate of Service

I, David J. D'Addio, certify that on October 9, 2024, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system. I have further caused the foregoing motion to be sent by email to counsel for Defendant Armand (Scott Lauer, Esq.).

*/s/ David J. D'Addio*
David J. D'Addio