UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

        **Plaintiff,**

v.

RUSSELL ARMAND, a/k/a "Saitamaguru1";
MAXWELL HERNANDEZ, a/k/a
"MaxEquation";
MANPREET SINGH KOHLI, a/k/a "Mkay
Saitama," a/k/a "mannythehitman"; and
NAM TRAN, a/k/a "Ntran1234,"

        **Defendants.**

Case No. 1:24–CV–12586-AK

### SOLICITOR'S AFFIDAVIT IN RESPECT OF SERVICE ON DEFENDANT MANPREET SINGH KOHLI

I, Zainab Hodgson, declare under penalty of perjury that the following facts are true and correct to the best of my personal knowledge, except where otherwise indicated, and if called as a witness I could and would testify thereto:

1. I am a Senior Associate in the law firm of CMS Cameron McKenna Nabarro Olswang LLP ("**CMS**"), located at Cannon Place, 78 Cannon Street, London, EC4N 6AF, United Kingdom. I am authorised to practise law in England and Wales by the Solicitors Regulation Authority ("**SRA**"), under SRA number 457880. I have practised as a qualified solicitor since March 15, 2011.

2. On or about November 8, 2024, the firm of CMS was retained by the Department of Justice's Office of Foreign Litigation ("**DOJ OFL**") to assist the Securities and Exchange Commission ("**SEC**") with personally serving Mr. Manpreet Singh Kohli.

3. On behalf of the SEC, I co-ordinated with Mr. Julian Rozario of ERI Recoveries Limited, a private process serving company, to arrange for Mr. Craig Stockham, a private processor, to effect service on Mr. Kohli. On November 27, 2024, I provided details to Mr. Rozario pertaining to Mr. Kohli, including a copy of the Complaint and Summons.

4. On November 28, 2024, Mr. Rozario confirmed that Mr. Kohli had been personally served at Zaria, 3 Pine Grove, Windlesham, GU20 6AW, United Kingdom.

5. Thereafter, I co-ordinated with Mr. Rozario and requested that Mr. Stockham provide an Affidavit of Service. Once prepared, I provided a copy of the same to DOJ OFL and the SEC. *See* Doc. No 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 9, 2024

*Z. Hodgson*
Zainab Hodgson
Senior Associate
CMS Cameron McKenna Nabarro Olswang LLP
Cannon Place
78 Cannon Street
London EC4N 6AF
United Kingdom

Civil Action No.: 1:24−CV−12586−AK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Case No.: 1:24−CV−12586-AK

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

                v.

RUSSELL ARMAND, a/k/a "Saitamaguru1";
MAXWELL HERNANDEZ, a/k/a
"MaxEquation";
MANPREET SINGH KOHLI, a/k/a "Mkay
Saitama," a/k/a "mannythehitman"; and
NAM TRAN, a/k/a "Ntran1234,"

                      Defendants.

## AFFIDAVIT OF SERVICE

1. I, Craig Stockham, a private process server, am over 18 years old and I am not a party or otherwise interested in the subject matter in the case.

2. On 28 November 2024, I received a copy of the Complaint and the Summons for Mr Manpreet Singh Kohli.

3. The Complaint and the Summons were provided to ERI Recoveries Limited ("**ERI**") by CMS Cameron McKenna Nabarro Olswang LLP ("**CMS**") who are a law firm, with offices in London, United Kingdom. I understand that CMS act on behalf of the Securities and Exchange Commission ("**SEC**") who instructed ERI to effect service on Mr Kohli.

4. On 28 November 2024 at 10.45am, UK time, on behalf of the SEC, I personally served the Complaint and the Summons on Mr Manpreet Singh Kohli at Zaria, 3 Pine Grove, Windlesham, GU20 6AW, United Kingdom.

5. I declare under penalty of perjury that this information is true.

08/12/2024
_____              _____
Date                                        Server's Signature

**Craig Stockham**

**ERI Recoveries Limited, PO Box 2210, Croydon, CR90 9WJ**