AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-CV-12586 |
| Russell Armand, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Manpreet Singh Kohli.

Date: 12/10/2024

/s/ Eric S. Rosen
*Attorney's signature*

Eric S. Rosen (MA Bar No. 568931)
*Printed name and bar number*

Dynamis LLP
225 Franklin St., 26th Floor
Boston, MA 02110
*Address*

erosen@dynamisllp.com
*E-mail address*

617-802-9157
*Telephone number*

*FAX number*