UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § § § § § § § § § § | |
| Plaintiff, | | No. 24-CV-12586 |
| v. | | |
| RUSSELL ARAMAND, et al. | | |
| Defendants. | | |

**DEFENDANT MANPREET SINGH KOHLI'S MOTION
FOR EXTENSION OF TIME TO RESPOND**

Defendant Manpreet Singh Kohli ("Defendant" or "Kohli"), by and through his attorneys, hereby requests a 45-day extension of the deadline for filing an answer in the above-captioned action. Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") consents to the relief requested in this motion. In support of this motion, Defendant states the following:

1. Defendant is a resident of the United Kingdom. On November 28, 2024, he was served in the United Kingdom with a copy of the complaint. The deadline for Defendant to file his responsive pleading in this case is December 19, 2024.

2. Defendant hereby requests a 45-day extension of the deadline for filing his responsive pleading, such that Defendant's answer would be due January 13, 2025.

3. This is the first request Defendant has made to extend time to file a response.

4. The defense needs time to evaluate the allegations in the Complaint and discuss with Mr. Kohli as to the best course of action.

5. The Securities and Exchange Commission, through Mr. David D'Addio, consents to this motion.

The undersigned counsel certifies that counsel have met and conferred in accordance with Local Rule 7.1(a)(2) and Plaintiff consents to the extension of time to answer the complaint.

                    Respectfully submitted,

                    */s/ Eric S. Rosen*
                    Eric S. Rosen
                    DYNAMIS LLP
                    225 Franklin St., 26th Floor
                    Boston, MA 02110
                    (646) 541-8484
                    erosen@dynamisllp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's ECF/CM system which caused service upon all counsel of record to the email address so designated by them for service.

      /s/ Eric S. Rosen
      Eric S. Rosen
      DYNAMIS LLP