UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | No. 1:24-cv-12586-AK |
| v. | § § | |
| RUSSELL ARMAND, et al., | § § | |
| Defendants. | § § § | |

**NOTICE OF APPEARANCE**

The undersigned hereby files a Notice of Appearance in this matter for Defendant Manpreet Kohli.

                        Respectfully submitted,

                        /s/ Michael B. Homer
                        Michael B. Homer (Mass Bar No. 684322)
                        Dynamis LLP
                        225 Franklin Street, 26th Floor
                        Boston, MA 02110
                        Tel: (617) 693-9732
                        mhomer@dynamisllp.com

Dated: January 31, 2025