UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** § § § | |
| Plaintiff, § | No. 1:24-cv-12586-AK |
| § | |
| v. § | |
| § | |
| **RUSSELL ARMAND, et al.** § | |
| § | |
| Defendants. § § | |

## NOTICE OF DEFENDANT KOHLI'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Manpreet Kohli moves this Court, before the Honorable Angel Kelley, United States District Judge, District of Massachusetts, at 1 Courthouse Way, Boston, Massachusetts 02210, for an Order dismissing all counts against him.

Dated: January 31, 2025

Respectfully submitted,

*/s/ Eric S. Rosen*
Eric S. Rosen
DYNAMIS LLP
225 Franklin St., 26th Floor
Boston, MA 02110
(646) 541-8484
erosen@dynamisllp.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, a true and correct copy of the foregoing document was served by e-filing upon counsel of record.

>
> */s/ Eric S. Rosen*
> Eric S. Rosen
> DYNAMIS LLP
> 225 Franklin St., 26th Floor
> Boston, MA 02110
> (646) 541-8484
> erosen@dynamisllp.com