UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         Plaintiff,<br>    v.<br><br>RUSSELL ARAMAND, a/k/a "Saitamaguru1";<br>MAXWELL HERNANDEZ, a/k/a "MaxEquation";<br>MANPREET SINGH KOHLI, a/k/a "Mkay Saitama," a/k/a "mannythehitman"; and<br>NAM TRAN, a/k/a "Ntran1234,"<br><br>                         Defendants. | Civil Action No. 24-CV-12586 |

## ASSENTED TO MOTION TO CONTINUE DEADLINES

Plaintiff Securities and Exchange Commission (the "Commission"), with the assent of defendant Manpreet Kohli through his counsel, respectfully moves this Court to extend the time by which the Commission must oppose defendant's motion to dismiss the complaint and/or amend the complaint.

On January 31, 2025, Defendant Kohli moved to dismiss all claims against him. *See* Doc. No. 16. Under Local Rule 7.1(b)(2), the Commission's opposition to Kohli's motion to dismiss is due February 14, 2025. Under Fed R. Civ. P. 15, the Commission may amend its complaint as a matter of course until February 21, 2025 (i.e., 21 days after Defendant Kohli served his motion to dismiss under Rules 12(b)(2) and 12(b)(6)).

With the assent of the defendant, the Commission respectfully requests that the Court permit the Commission until March 7, 2025, to either oppose the motion to dismiss or to amend the complaint.

Dated: February 6, 2025

                                                   Respectfully submitted,

                                                   SECURITIES AND EXCHANGE COMMISSION,

                                                 By its attorneys,

                                               */s/ David J. D'Addio*
                                               David J. D'Addio (Mass. Bar No. 665790)
                                               Amy Harman Burkart (Mass. Bar No. 651828)
                                               33 Arch Street, 24th Floor
                                               Boston, MA 02110
                                               (617) 573-8900 / daddiod@sec.gov

**Certificate of Service**

    I, David J. D'Addio, certify that on February 6, 2025, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

                                               */s/ David J. D'Addio*
                                               David J. D'Addio