# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) |
| v. | ) No. 24-cv-12586-AK ) ) |
| MANPREET SINGH KOHLI, et al. | ) ) |
| Defendants. | ) ) ) |

## ASSENTED-TO MOTION BY GOVERNMENT (DEPARTMENT OF JUSTICE) FOR EXTENSION OF TIME TO FILE RESPONSE

The government respectfully moves this Court for an extension of time to file a response to defendant Kohli's opposition to the government's motion to intervene and motion for a stay. The government filed its Motion on February 7, 2025. The Court granted defendant's motion for an extension of time to file a reply, and the defendant filed an opposition on February 28, 2025. The government respectfully requests a 7-day extension of its deadline to file a response to the opposition (from March 7 to March 14, 2025) based on undersigned counsel's preexisting conflicts during the week of March 3. Counsel for defendant Kohli assents to this request.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

Dated: 3/2/2025    By:    */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  3/2/2025

>*/s/ David M. Holcomb*
>DAVID M. HOLCOMB
>Assistant U.S. Attorney