UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br>    v.<br><br>RUSSELL ARAMAND, a/k/a "Saitamaguru1";<br>MAXWELL HERNANDEZ, a/k/a "MaxEquation";<br>MANPREET SINGH KOHLI, a/k/a "Mkay Saitama," a/k/a "mannythehitman"; and<br>NAM TRAN, a/k/a "Ntran1234,"<br><br>                          Defendants. | Civil Action No. 24-CV-12586 |

## ASSENTED TO MOTION TO CONTINUE DEADLINES

Plaintiff Securities and Exchange Commission (the "Commission"), with the assent of defendant Manpreet Kohli through his counsel, respectfully moves this Court to extend to May 6, 2025, the time by which the Commission must oppose Defendant Kohli's motion to dismiss the complaint and/or amend the complaint.

On January 31, 2025, Defendant Kohli moved to dismiss all claims against him. *See* Doc. No. 16. On February 7, 2025, the Court granted the Commission's assented-to motion to extended until March 7, 2025, the deadline for the Commission either to oppose Defendant Kohli's motion to dismiss or to amend the complaint. Doc. No. 18.

On February 7, 2025, the Department of Justice moved for leave to intervene in this matter and to stay the case pending resolution of the parallel criminal case. Doc. No. 19. Defendant Kohli opposed that motion. Doc. No. 22. DOJ's response to Defendant Kohli's opposition is due March 14, 2025. *See* Doc. No. 24.

With the assent of the Defendant, the Commission respectfully requests that the Court allow the Commission until May 6, 2025 (an additional 60 days), to either oppose the Defendant's motion to dismiss or to amend the complaint. The extension of time will not prejudice the Defendant.

Dated: March 6, 2025

                      Respectfully submitted,

                      SECURITIES AND EXCHANGE COMMISSION,

                      By its attorneys,

                      */s/ David J. D'Addio*
                      David J. D'Addio (Mass. Bar No. 665790)
                      Amy Harman Burkart (Mass. Bar No. 651828)
                      33 Arch Street, 24th Floor
                      Boston, MA 02110
                      (617) 573-8900 / daddiod@sec.gov

**Certificate of Service**

I, David J. D'Addio, certify that on March 6, 2025, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

                      */s/ David J. D'Addio*
                      David J. D'Addio