UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § | No. 1:24-cv-12586-AK |
| v. | § § § | |
| RUSSELL ARAMAND, et al., | § § | |
| Defendants. | § § § | |

### DEFENDANT KOHLI'S REQUEST FOR ORAL ARGUMENT ON DEPARTMENT OF JUSTICE'S MOTION TO INTERVENE AND FOR A STAY

TO THE HONORABLE ANGEL KELLEY, UNITED STATES DISTRICT JUDGE:

Manpreet Kohli ("Kohli"), Defendant, respectfully submits this request seeking oral argument on the Department of Justice's ("DOJ") pendent Motion for Leave to Intervene and For a Stay [ECF No. 19] (the "Motion").

On February 7, 2025, the DOJ filed the Motion, requesting leave to intervene in the ongoing proceeding and further requesting that the matter be stayed pending resolution of the concurrent criminal case against Kohli. *See* Dkt. 19. On February 28, 2025, Kohli, through his counsel, filed an Opposition to the Motion. *See* Dkt. 22. And on March 14, 2025, the DOJ filed its Reply in support of the Motion. *See* Dkt. 27. This Motion is now ripe for decision.

Given the substantial consequences at stake for Kohli and his cases should the Motion be granted in part or in full, including prejudice to his extradition fight (as described at length in his Opposition), Mr. Kohli respectfully requests that the Court schedule oral argument on the Motion prior to rendering a judgment.

Dated: March 17, 2025

Respectfully submitted,

*/s/ Eric S. Rosen*
Eric S. Rosen
DYNAMIS LLP
225 Franklin St., 26th Floor
Boston, MA 02110
(646) 541-8484
erosen@dynamisllp.com

Michael B. Homer
DYNAMIS LLP
225 Franklin St., 26th Floor
Boston, MA 02110
(617) 693-9732
mhomer@dynamisllp.com

*Attorneys for Defendant Manpreet Kohli*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, a true and correct copy of the foregoing document was served by e-filing upon counsel of record.

*/s/ Eric S. Rosen*
Eric S. Rosen
DYNAMIS LLP
225 Franklin St., 26th Floor
Boston, MA 02110
(646) 541-8484
erosen@dynamisllp.com