AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

___SEC___
Plaintiff
v.
___Kohli___
Defendant

Case No. _1:24-cv-12586-AK_

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Defendant Kohli___

Date: ___4-14-2025___

___/s/ [signature]___
Attorney's signature

___Douglas Stephens IV    708466___
Printed name and bar number

___225 Franklin St. Boston MA 02110___
Address

___dstephens@dynamisllp.com___
E-mail address

___910-728-1990___
Telephone number

_____
FAX number