UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MANPREET SINGH KOHLI and NAM TRAN,<br><br>Defendants. | Civil Action No. 24-CV-12586-AK |

## ORDER OF ADMINISTRATIVE STAY/CLOSING

**ANGEL KELLEY, D.J.**

It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the *United States v. Kohli et al.* matter, Case No. 24-cr-10189-AK, before the United States District Court for the District of Massachusetts. The Government shall file a status report within 14 days after the criminal case is resolved.

Dated: April 29, 2025

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge