**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL ARAMAND, a/k/a "Saitamaguru1";<br>MAXWELL HERNANDEZ, a/k/a "MaxEquation";<br>MANPREET SINGH KOHLI, a/k/a "Mkay Saitama," a/k/a "mannythehitman"; and<br>NAM TRAN, a/k/a "Ntran1234,"<br><br>Defendants. | Civil Action No. 24-cv-12586 (AK) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that pursuant to LR 83.5.2, Amy Harman Burkart hereby withdraws as counsel for the Securities and Exchange Commission (the "Commission") in this matter. The Commission will continue to be represented by Ivan Panchenko.

Dated: September 9, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorneys,

*/s/ Amy Harman Burkart*

Amy Harman Burkart (Mass. Bar No. 651828)
Ivan Panchenko (Mass Bar. No. 693552)
Boston Regional Office
33 Arch Street
Boston, MA 02110

**CERTIFICATE OF SERVICE**

I, Amy Harman Burkart, certify that on September 9, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Amy Harman Burkart*
Amy Harman Burkart